IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gibson, Rhonda I

Printed: 4/22/08

Case Number: 06 B 13482
Judge: Wedoff, Eugene R
Filed: 10/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: December 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 3,038.31 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 163.13 |
| Other Funds: |  | 48.56 |
| Totals: | 3,250.00 | 3,250.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 0.00 | 0.00 |
| 2. | American Express Centurion | Unsecured | 2,648.71 | 655.77 |
| 3. | Wells Fargo Financial Illinois Inc | Unsecured | 151.52 | 37.52 |
| 4. | Capital One | Unsecured | 308.35 | 68.73 |
| 5. | Resurgent Capital Services | Unsecured | 1,543.16 | 382.07 |
| 6. | Resurgent Capital Services | Unsecured | 120.95 | 15.06 |
| 7. | Resurgent Capital Services | Unsecured | 1,527.37 | 378.16 |
| 8. | ECast Settlement Corp | Unsecured | 2,880.26 | 713.06 |
| 9. | World Financial Network Nat'l | Unsecured | 198.84 | 44.32 |
| 10. | Discover Financial Services | Unsecured | 335.65 | 74.83 |
| 11. | ECast Settlement Corp | Unsecured | 2,326.64 | 576.03 |
| 12. | CitiFinancial | Unsecured | 416.13 | 92.76 |
| 13. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
| 14. | Citibank USA | Unsecured |  | No Claim Filed |
| 15. | CB USA | Unsecured |  | No Claim Filed |
| 16. | HSBC | Unsecured |  | No Claim Filed |
| 17. | Home Depot | Unsecured |  | No Claim Filed |
| 18. | Wells Fargo Financial | Unsecured |  | No Claim Filed |
| 19. | National City Credit | Unsecured |  | No Claim Filed |
| 20. | CitiFinancial | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,457.58 | $ 3,038.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 78.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gibson, Rhonda I

Printed:  4/22/08

Case Number:  06 B 13482
Judge:  Wedoff, Eugene R
Filed:  10/20/06

```
            5.4%                  85.12
                              _____
                              $ 163.13
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

